**UNITED STATES DISTRICT COURT**

**SOUTHERN DISTRICT OF CALIFORNIA**

**(HONORABLE JEFFREY T. MILLER)**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | CASE NO. 00CR1242-JM |
| | ) | |
| | ) | **EX PARTE ORDER AUTHORIZING** |
| v. | ) | **EXTRAORDINARY FEES FOR** |
| | ) | **INTERPRETER PURSUANT TO** |
| HUMBERTO IRIBE, | ) | **18 U.S.C. § 3006A (e)(1)** |
| | ) | |
| Defendants. | ) | |

Upon reading the ex parte application filed by attorney Marc Xavier Carlos, and good cause appearing.

IT IS HEREBY ORDERED that payment be made to Brenda Leyva for the translation of foreign documents from Spanish to English, in the above-entitled case, for an additional 85 hours, is authorized regarding the defense of Humberto Iribe.

IT IS FURTHER ORDERED that a conformed copy be returned to defense counsel.

IT IS SO ORDERED.

DATED: September 7, 2007

_____
Hon. Jeffrey T. Miller
United States District Judge