# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

# (HONORABLE JEFFREY T. MILLER)

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> ) <br> v. ) <br> ) <br> HUMBERTO IRIBE ) <br> ) <br> Defendant. ) <br> ) | CASE NO. 00CR1242-JM <br><br> **ORDER ON APPLICATION FOR ORDER SHORTENING TIME (Docket No. 721)** |

The Court having reviewed Defendant's APPLICATION AND ORDER SHORTENING TIE TO FILE DEFENDANT'S SENTENCING MEMORANDUM AND EXHIBITS (Docket No. 721) and noting the Defendant was sentenced on August 30, 2007, finds this motion MOOT.

IT IS SO ORDERED.

DATED: September 7, 2007

_____
Hon. Jeffrey T. Miller
United States District Judge

cc: All parties